PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS, NINTH FLOOR
NEW YORK, NEW YORK 10020
212-785-9100
www.pwlawyers.com

Application granted. The initial conference scheduled for May 13, 2026 is adjourned sine die. The civil case discovery plan and scheduling order will be separately docketed. The parties are directed to file a joint letter on or before July 24, 2026 advising of the status of settlement.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
          May 12, 2026

**VIA ECF**

Hon. Philip M. Halpern
U.S. District Court, Southern District of New
The Hon. Charles L. Brieant Jr. Federal Buil
300 Quarropas Street, Courtroom 520
White Plains, New York 10601-4150

Re:    Cabrera v. Swissbit NA, Inc., No. 7:25-cv-09903-PMH

Your Honor:

We represent Defendant Swissbit NA, Inc. in the above-referenced matter. We write with the consent of counsel for Plaintiff Nidya Cabrera to respectfully request an adjournment of the Initial Conference, currently scheduled for May 13, 2026 at 10:30 AM, to a date after July 20, 2026. We request the adjournment because the parties are engaged in meaningful settlement discussions and have a mediation scheduled for July 20, 2026 through the Court's Mediation Program. Pursuant to the Notice of Initial Conference, dated April 27, 2026 [Dkt. 16], the parties have already conferred and filed a Proposed Civil Case Discovery Plan and Scheduling Order via ECF. See Dkt. 17.  This is the parties' first request to adjourn the Initial Conference.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Alicia Valenti

Alicia Valenti

Cc: All counsel of record (via ECF)